Case No: _____ Inmate Name: Tom Feagins
Date: 11-3-19 Tue  Inmate IDOC#: 104290
Document Title: Prisoner Complaint
Total Pages: 4  Inmate Initials Verifying Page Count: TF
Document(s) ___ of ___

Tom Feagins #104290
*(full name/prisoner number)*
ISCC Unit-MA Medical
P.O. Box #14
Boise, Idaho 83724
*(complete mailing address)*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Tom Feagins
*(full name)*,

Plaintiff,

v.

Corizon Medical Services,
Idaho Department of Corrections

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- [XX] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [ ] Other federal statute *(specify)* _____; or diversity of citizenship.
- [XX] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Tom Feagins . I am a citizen of the State of Idaho,
presently residing at ISCC (Idaho State Correctional Center                        .

PRISONER COMPLAINT - p. 1                                    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Corizon Medical Services</u>, who was acting as <u>Medical Provider</u>
   (defendant)                                   (job title, if a person; function, if an entity)

   for the <u>Idaho Department of Corrections @ ISCC in Boise, Idaho.</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>8/29/2016-Present Day</u>, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Corizon diagnosed an ear infection August of 2016. I have had multiple dosages of antibiotics administered for the same ear infection to the present day. I have gone from mild headaches and pain to NOW full blown vertigo and complete mental shutdown. The ear infection has been fully recognized by Corizon staff and I have even been taken off site for evaluation and treatment. Still not given proper treatment and still rapidly losing hearing and motor skills from the inner ear infection. No doubt there is permanent damage to my ear drum and sinus cavities. It doesn't take three years to cure a ear infection, anywhere.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Eighth Amendment- Corizon Medical Services is more than aware of my ear infection and the effects of subpar medical practices. Medical professional on off-site visit requested possible surgery.

4. I allege that I suffered the following injury or damages as a result:
   Vertigo- a feeling of dizziness and nausea. Migraine headaches that last up to or more than two days straight. Hearing loss in infected ear, substantial. Sharp ear pains making adequate rest impossible. Helpless feeling of despair, knowing that if not incarcerated this infection would not have gone more than a few weeks, due to surgery.

5. I seek the following relief: $750,000.00 U.S. Dollars for pain and suffering and emotional trauma by the services of Corizon Medical and the Idaho Department of Corrections.

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:
Due to present day medical needs caused by my infection focusing and performing my own legal services is not feasible. I am a disabled citizen of Idaho, law abiding and tax paying citizen without proper representation under the Disability ACT.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at ISCC on 11-3 2019.
*(Location)* *(Date)*

Tom Jeagins
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3 *(Rev. 10/24/2011)*